**Dismissed and Opinion Filed October 29, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01245-CV

**RESIDENCE AT TRADEWIND APARTMENTS LLC;
TEXAS WORKFORCE HOUSING FOUNDATION;
3700 N. TOWN EAST BLVD., MESQUITE, TEXAS 75150** *in rem***; AND
3800 ANTHONY DR., MESQUITE, TEXAS 75150,** *in rem***, Appellants**
**V.**
**CITY OF MESQUITE, Appellee**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-24-12338**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Partida-Kipness

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), appellants have

filed an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). We

grant the motion and dismiss the appeal. *See id.*

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
241245F.P05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RESIDENCE AT TRADEWIND
APARTMENTS LLC; TEXAS
WORKFORCE HOUSING
FOUNDATION; 3700 N. TOWN
EAST BLVD., MESQUITE, TEXAS
75150, *in rem*; AND 3800
ANTHONY DR., MESQUITE,
TEXAS 75150, *in rem*, Appellants

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-24-12338.
Opinion delivered by Justice Partida-
Kipness, Justices Goldstein and
Miskel participating.

No. 05-24-01245-CV         V.

CITY OF MESQUITE, Appellee

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee City of Mesquite recover its costs, if any, of this appeal from appellants Residence at Tradewind Apartments LLC; Texas Workforce Housing Foundation; 3700 N. Town East Blvd., Mesquite, Texas 75150, *in rem*; and 3800 Anthony Dr., Mesquite, Texas 75150, *in rem*.

Judgment entered October 29, 2024.